UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDDA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HITESH PATEL, et al.,<br><br>        Defendants. | Case No. 23-mc-80270-DMR<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR "DRILL ORDER"**<br><br>Re: Dkt. No. 20 |

        The court has received Judgment Creditor HDDA, LLC's ("HDDA") Motion for Order Authorizing JPMorgan Chase Bank, N.A. to Forcibly Drill Open the Locks on Two Safe Deposit Boxes Held in the Names of Multiple Judgment Debtors. [Docket No. 20.] HDDA seeks a court order directing JPMorgan Chase Bank, N.A. to "proceed with, facilitate and cooperate with the U.S. Marshal Service" to forcibly open two safe deposit boxes held in the names of Judgment Debtors Reena Patel, Bhavesh Patel, Jashvant Patel, and Hansaben Patel. Although HDDA cites California Code of Civil Procedure section 700.150 as authority for the relief it seeks and lists various provisions of that statute, it has not demonstrated compliance with the requirements of that statute. Specifically, HDDA has not shown that sections 700.150(a) or (d) have been satisfied. Those sections require personal service of the writ of execution and notice of levy on JPMorgan Chase Bank, N.A. (subsection (a)) and notice by the levying officer to HDDA regarding the required fee to open the safe deposit boxes plus costs, and payment of the same (subsection (d)). Additionally, HDDA's proposed order on the motion does not address section 700.150(e) or (f) regarding providing notice to the judgment creditors by the levying officer and an opportunity to

open the safe deposit boxes.  Accordingly, the motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2024



Donna M. Ryu
Chief Magistrate Judge