1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    HDDA, LLC,                                Case No.  23-mc-80270-DMR

            Plaintiff,                         **ORDER TO SHOW CAUSE AND**
8
                                               **VACATING THE SEPTEMBER 11,**
9        v.                                    **2025 HEARING ON MOTION FOR**
                                               **EXECUTION SALE SPECIAL**
10   HITESH PATEL, et al.,                     **PROCEDURES ORDER**

            Defendants.
11

12          Judgment Creditor HDDA, LLC ("HDDA") filed a motion for execution sale special

13   procedures order on August 7, 2025.  [Docket No. 35 (Mot.).]  Currently, the motion is set for a

14   court hearing on September 11, 2025.  Judgment Debtors Hitesh Patel, Bhavesh Patel, Reena Patel,

15   and Hansaben Patel (collectively, "Judgment Debtors") were served with the motion (Docket No.

16   35-3), but have not filed a response or otherwise appeared.  According to the local court rules,

17   Judgment Debtors' opposition to HDDA's motion was due by August 21, 2025.  *See* Civ. L.R. 7-

18   3(a).  The court has received no such opposition.

19          The court therefore ORDERS the following:

20          **1.**      Judgment Debtors shall file a written response by **September 18, 2025** and explain

21   their failure to respond to the motion.  In addition, Judgment Debtors must simultaneously (1) submit

22   their opposition to the court or (2) file a statement of non-opposition to the motion.  This order to

23   show cause does not indicate that the court will necessarily accept Judgment Debtors' late

24   submission.  **If Judgment Debtors do not respond by September 18, 2025, HDDA's motion may**

25   **be granted.**

26          2.      HDDA shall file a reply, if any, to Judgment Debtors' opposition no later than

27   **September 25, 2025**.

28          3.      The September 11, 2025 hearing on HDDA's motion is VACATED.  The court will

*United States District Court*
*Northern District of California*

reschedule a hearing, if necessary, at a later date.

4.     No later than **August 29, 2025**, HDDA shall serve a copy of this order on Judgment Debtors by any means reasonably calculated to provide actual notice and file a proof of service thereof.

If Judgment Debtors do not have counsel, the court refers them to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties.  Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: August 28, 2025

_____
Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California